UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

SHORELINE MARINE FUEL DELIVERY, INC.

CASE NO.:

    Plaintiff,

v.

M/V MARATON, her engines, machinery,
boilers, appliances, equipment, freight, (including
tackle, apparel, Appurtenances, et cetera), in rem
and AUXILIAR ALMA BULK AIE S.A.,

    Defendants.

_____/

### VERIFIED COMPLAINT FOR COLLECTION OF UNPAID BUNKERS AND RELATED COSTS

Plaintiff, SHORELINE MARINE FUEL DELIVERY, INC., sues the Defendants, the Motor Vessel MARATON, IMO No. 7529330, her engines, machinery, boilers, appliances, equipment, freight, (including tackle, apparel, etc.), (hereinafter also referred to as, the "VESSEL") *in rem* and AUXILIAR ALMA BULK AIE S.A. for unpaid bunker and related costs and alleges:

### Jurisdiction and Venue

1. This is an action under admiralty and maritime jurisdiction as hereinafter fully set forth and is an admiralty claim within the meaning and intent of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C.A. §1333.

2. Venue is proper in this Court because the VESSEL is located in this District.

3. SHORELINE MARINE FUEL DELIVERY, INC. (hereafter referred to as "SHORELINE") is a Corporation with its principal place of business in Miami, Florida.

4. The VESSEL is owned by AUXILIAR ALMA BULK AIE S.A. who is a resident of a foreign jurisdiction.

5. The VESSEL has an IMO No. 7529330, is registered in Panama and was constructed in 1976, is 78.65 meters in length, has a 12.25 meters foot beam and a draft of 6.10 meters.

6. The VESSEL is presently anchored in at birth at Port of Miami River Terminal, LLC, 3001 NW South River Drive, Miami FL 33142 within the jurisdiction of this Honorable Court. The VESSEL is transitory in nature, and, as such, is at risk of leaving the jurisdiction of this Court if not immediately arrested.

## GENERAL ALLEGATIONS

7. All conditions precedent to maintain this action have occurred, been waived or have otherwise been satisfied. To date, the VESSEL has not made payment of the amounts owed to the Plaintiff as alleged herein.

8. The Plaintiff has retained the law firm of RODOLFO NUNEZ, P.A. to bring and prosecute this action and to collect the aforesaid referenced indebtedness and any and all deficiencies and has agreed and is obligated to pay this firm a reasonable attorneys' fee, plus all costs, including all costs and fees of the United States Marshall and Substitute Custodian, if appointed, which fees, costs and expenses are presently estimated to be no less than **$1,920.00** per day. The Defendants are liable for the payment of these fees.

## COUNT I

9. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 as if more fully set forth herein.

10. SHORELINE was hired and engaged to provide bunkers and other services to the VESSEL. SHORELINE provided the requested bunkers and other services in accordance with their engagement. SHORELINE relied upon the credit of the VESSEL in order to provide such bunkers and related services and labor thereto.

11. Defendants agreed to pay for these services.

12. The VESSEL has failed to pay some or all of the Plaintiff's charges.

13. As of March 31, 2015, the VESSEL owes the Plaintiff $81,236.04 for bunkers and related costs, inclusive of interest plus costs as a result of failing to pay the accrued bunkers and related charges. Interest will accrue until the debt is paid in full at the statutory rate.

WHEREFORE Plaintiff prays:

i. That Judgment be entered against the Defendants, VESSEL, her engines, tackle, etc., in rem, and the vessel's owner, AUXILIAR ALMA BULK AIE S.A. in at least the amount of $81,236.04 plus accrued and accruing interest, court costs and the cost of custodia legis, jointly and severally.

ii. That process in due form issue from this Honorable Court according to the form of practice of this Court in causes of admiralty and maritime jurisdiction against Defendant, VESSEL, her engines, tackle, etc., in rem, citing all persons claiming any right, title or interest therein to appear and answer under oath all singular matters aforesaid;

iii. That this Honorable Court decree that all rights, title, interests, liens by any other party, be deemed inferior to that of the Plaintiff and that they be barred and foreclosed of any right, title, interests and lien to or upon any the M/V MARATON, IMO No. 7529330.

iv. That this Honorable Court order and adjudge that the claim of the Plaintiff is valid against the MARATON, IMO No. 7529330, her engines, tackle, etc. and her owner AUXILIAR ALMA BULK AIE, S.A., and that said VESSEL be condemned and sold to pay for the Plaintiff's claims.

v. That the Plaintiff may have such further and other relief as it may be entitled to under these premises.

Respectfully submitted,

**RODOLFO NUÑEZ, P.A.**
Attorney for Shoreline Marine Fuel Services, Inc.
255 University Drive
Coral Gables, Florida 33134
Tel. (305) 443-2440
Fax. (305) 443-2334

/s/ Rodolfo Nunez
Rodolfo Nunez, Esq.
Florida Bar No. 16950
rnunez@acg-law.com

## VERIFICATION

I hereby verify that I have personal knowledge of the facts set forth herein, I am an authorized agent of SHORELINE MARINE FUEL DELIVERY, INC. I have read the foregoing Verified Complaint and state that the facts set forth therein are true and correct.

_____
Steven W. Johnston, Authorized Agent
Shoreline Marine Fuel Delivery, Inc.

Before me the undersigned authority personally appeared Steven W. Johnston, who after being duly sworn states that he has read the foregoing Verified Complaint and that the statements contained therein are true and correct, and all factual allegations and matters are based upon personal knowledge.

The foregoing was acknowledged before me this 17th day of April, 2015 by Steven W. Johnston who produced a Florida Driver's License as identification and who took an oath.

INDIRA PADILLA
Notary Public - State of Florida
My Comm. Expires Sep 19, 2015
Commission # EE 100532
Bonded Through National Notary Assn.

Print Name: Indira Padilla
Notary Public